**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual, | Case No.: **8:25-cv-01763-DOC-DFM** |
| Plaintiff, | *Hon. David Carter* |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE [12]** |
| RUAN INVESTMENTS LLC, a California limited liability company; LPN INVESTMENTS, LLC, a California limited liability company; SABOR CHILANGO, a business of unknown form; and DOES 1-10, | Action Filed: December 20, 2024<br>Trial Date: None |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, the Court, having considered the documents before it, and being fully advised, finds as follows:

**IT IS ORDERED THAT:**

Plaintiff ERIC CLEVELAND's action is dismissed with prejudice in its entirety. Each party will be responsible for its own fees and costs.

Dated: September 12, 2025

*Hon. David Carter*
United States District Judge